**IT IS ORDERED**

**Date Entered on Docket: September 19, 2019**

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**


_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

**IN RE:**

**Natalie Nicole Rascon,**

      **Debtor.**             Case No. 19-10668-ta13

## STIPULATED ORDER REGARDING
## MOTION FOR RELIEF FROM AUTOMATIC STAY

This matter comes before the Court on stipulation of Nationstar Mortgage LLC d/b/a Mr. Cooper, ("Secured Creditor"), and Natalie Nicole Rascon ("Debtor"). Upon approval by the Secured Creditor, the Debtor, and the Chapter 13 Trustee, and good cause appearing,

IT IS THEREFORE ORDERED AS FOLLOWS:

1. This Stipulated Order affects the real property commonly known as: 3481 Stetson St SW, Los Lunas, NM 87031 (the "Subject Property").

2. On or before September 15, 2019, Debtor shall submit a good faith payment in the amount of $1,444.70.

NM-19-153856            1            19-10668-ta13
Order on Adequate Protection
Case 19-10668-t13    Doc 37    Filed 09/19/19    Entered 09/19/19 15:59:40 Page 1 of 3

3. Commencing September 1, 2019, Debtor shall make regular monthly post-petition payments under the Note and Deed of Trust to Secured Creditor, and continuing on the first day of each month thereafter, under the terms of the Note and Deed of Trust.

4. Payments shall be made directly to Secured Creditor at Nationstar Mortgage LLC d/b/a Mr. Cooper PO Box 619094 Dallas, TX 75261-9741, with reference to the last four digits of the Loan Number 3386, or as otherwise directed.

5. Commencing on October 15, 2019, and continuing thereafter on the fifteenth day of each month through and including March 15, 2020, Debtor shall make an additional monthly payment of $481.56, until post-petition arrears in the sum of $4,334.06 are paid. Said sum represents the post-petition delinquency itemized below:

| | |
|---|---|
| Post-petition payment at $1,101.02 each (6/1/2019 through 8/1/2019) | $3,303.06 |
| Bankruptcy attorney fees and costs at: | $1,031.00 |
| **Total Delinquency in the amount of:** | **$4,334.06** |

6. Debtor shall timely perform all of their obligations under Secured Creditor's loan documents as they come due, including but not limited to the payment of real estate taxes, maintaining insurance coverage, Chapter 13 Plan payments, and any and all senior liens.

7. In the event Debtor fails to timely perform any of the obligations set forth in this stipulation, Secured Creditor shall notify Debtor and their counsel of the default in writing. Debtor shall have ten (10) calendar days from the date of the written notification to cure the default and to pay an additional $50.00 for attorneys' fees for each occurrence. An additional $150.00 will also be due if court certification of the default required.

8. If Debtor fails to timely cure the default, and default on the obligations set forth herein on more than two (2) occasions, Secured Creditor may lodge a Declaration and Order Terminating the Automatic Stay. The Order shall be entered without further hearing. The automatic stay shall be immediately terminated and extinguished for all purposes as to Secured Creditor and Secured Creditor may proceed with and hold a Trustee's sale of the Subject Property, pursuant to applicable state law, and without further Court Order or proceeding being

necessary, and commence any action necessary to obtain complete possession of the Subject Property, including unlawful detainer, if required.

9. Secured Creditor's Proof of Claim is due and owing and is allowed in full.

##END OF ORDER##

Prepared and submitted by:

/s/ Daniel Grunow
Daniel Grunow, Esq.
McCarthy & Holthus, LLP
Attorney for Secured Creditor
6501 Eagle Rock NE, Suite A-3
Albuquerque, NM 87113
(505) 219-4900

/s/ Ronald E. Holmes (Approved Via Email)
Ronald E. Holmes, Esq.
Davis Miles McGuire Gardner, PLLC
320 Gold SW
Suite 1111
Albuquerque, NM 87102
t: 505-268-3999
f: 505-243-6448
rholmes@davismiles.com

/s/ Tiffany M. Cornejo *(Approved Via Email)*
Tiffany M. Cornejo
625 Silver Avenue SW
Suite 350
Albuquerque, NM 87102
505-243-1335